RECEIVED
MAY 3 0 2025
CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

FILED
MAY 3 0 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

UNITED STATES OF AMERICA

-vs-

JUSTIN GO

Case No.: 1:25-CR-00285-RP-1

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Mr. Joshua Sabert Lowther, Esq.__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent __Mr. Justin Go__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Lowther | Walker LLC__, with offices at

   Mailing address: __101 Marietta St. NW, Ste. 3650__

   City, State, Zip Code: __Atlanta, Georgia 30303__

   Telephone: __404.496.4052__

   Facsimile: __866.819.7859__

   Email: __jlowther@lowtherwalker.com__

2. Since __October 1998__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Georgia__.

   Applicant's bar license number is __460398__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | **See attached** | |
   | | |
   | | |
   | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   **N/A**

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   **N/A**

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   **N/A**

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   | | |
   |---|---|
   | Co-counsel: | **Katryna Lyn Spearman, Esq.** |
   | Mailing address: | **101 Marietta St. NW, Ste. 3650** |
   | City, State, Zip Code: | **Atlanta, Georgia 30303** |
   | Telephone: | **404.496.4052** |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

| Courts (General Admission) | Admission Date | Status |
|---|---|---|
| US Supreme Court | 08/22/2022 | Active |
| US Court of Appeals for the Third Circuit | 04/15/2021 | Active |
| US Court of Appeals for the Fourth Circuit | 04/02/2019 | Active |
| US Court of Appeals for the Fifth Circuit | 10/26/2023 | Active |
| US Court of Appeals for the Sixth Circuit | 04/01/2019 | Active |
| US Court of Appeals for the Eighth Circuit | 05/04/2009 | Active |
| US Court of Appeals for the Ninth Circuit | 08/05/2008 | Active |
| US Court of Appeals for the Tenth Circuit | 08/07/2008 | Active |
| US Court of Appeals for the Eleventh Circuit | 11/28/2000 | Active |
| US District Court for the Eastern District of Arkansas | 06/24/2021 | Active |
| US District Court for the Western District of Arkansas | 06/24/2021 | Active |
| US District Court for the District of Colorado | 08/12/2008 | Active |
| US District Court for the Middle District of Georgia | 03/03/1999 | Active |
| US District Court for the Northern District of Georgia | 10/16/2000 | Active |
| US District Court for the Southern District of Georgia | 07/27/1999 | Active |
| US District Court for the Northern District of Illinois | 10/13/2011 | Active |
| US District Court for the Eastern District of Michigan | 07/30/2024 | Active |
| US District Court for the District of New Mexico | 01/25/2022 | Active |
| US District Court for the District of North Dakota | 08/05/2008 | Active |
| US District Court for the Western District of Tennessee | 11/09/2018 | Active |
| US District Court for the Eastern District of Texas | 11/17/2009 | Active |
| US District Court for the Southern District of Texas | 11/19/2012 | Active |
| US District Court for the Eastern District of Wisconsin | 08/12/2013 | Active |
| US District Court for the Western District of Wisconsin | 10/14/2020 | Active |
| Supreme Court of Georgia | 11/09/1998 | Active |
| Court of Appeals of Georgia | 11/09/1998 | Active |
| Superior Courts of Georgia/State Bar of Georgia | 10/27/1998 | Active |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

-vs-

JUSTIN GO

Case No. 1:25-CR-00285-RP-1

## ORDER

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Mr. Joshua Sabert Lowther, Esq. ("Applicant"), counsel for Mr. Justin Go and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Mr. Justin Go in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE

eset all fiel    Print Form



# U.S. District Court

## Texas Western - Austin

Receipt Date: Jun 4, 2025 9:59AM

Lowther Walker LLC
101 Marietta St NW Ste 3650
Atlanta, GA 30303-2744

| Rcpt. No: 2492 | | Trans. Date: Jun 4, 2025 9:59AM | | Cashier ID: #CERy (3241) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 111 | Pro Hac Vice | DTXW525LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC<br>**FBO**: Joshua Sabert Lowther | 1 | 100.00 | 100.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CH | Check | #1164 | 05/29/2025 | | $100.00 |
| | | | | Total Due Prior to Payment: | $100.00 |
| | | | | Total Tendered: | $100.00 |

**Comments**: 1:25-cr-00285-RP-1 - Go, Justin

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov