# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                            ) | 1:25-CR-00285-RP-1 |
| ) | |
| JUSTIN GO                             ) | |

## NOTICE OF APPEARANCE

Ms. KATRYNA LYN SPEARMAN, Esq., respectfully notifies this Court of her appearance as an attorney of record for Mr. Justin Go, the defendant in the above-styled case.

Date:        June 12, 2025

Respectfully submitted,

*s/ Katryna Lyn Spearman*
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4952 | F 866.816.7950
www.lowtherwalker.com

Attorney for Defendant
Justin Go

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-CR-00285-RP-1 |
| | ) | |
| JUSTIN GO | ) | |

## CERTIFICATE OF SERVICE

I certify that on June 12, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the clerk for the United States District Court for the Western District of Texas via the CM/ECF system, which automatically will serve a copy on the attorneys of record via electronic mail.

Date:   June 12, 2025

                                                 Respectfully submitted,

                                               ***s/ Katryna Lyn Spearman***
                                               Katryna Lyn Spearman, Esq.
                                               Ga. Bar # 616038
                                               kspearman@lowtherwalker.com

                                               Lowther | Walker LLC
                                               101 Marietta St. NW, Ste. 3650
                                               Atlanta, GA 30303
                                               O 404.496.4952 | F 866.816.7950
                                               www.lowtherwalker.com