# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:25-CR-285-RP** |
| | § | |
| **JUSTIN GO,** | § | |
| | § | |
| **Defendant.** | § | |

## UNITED STATES OF AMERICA'S
## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney and files this Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. §§ 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(2), 32.2(b)(2)(B), and 32.2(c)(1), and in support thereof states the following:

### I.

On June 26, 2025, Defendant JUSTIN GO entered a plea of guilty, pursuant to a written Plea Agreement (Doc. 3), to a one-count Information (Doc. 1) filed against him, charging him with the violation of Title 18 U.S.C. § 1344. The Information included a Notice of Government's Demand for Forfeiture giving notice to the Defendant of the United States' intent to forfeit certain property pursuant to Title 18 U.S.C. § 982(a)(2), namely:

1. 2441 Falcon Drive, Round Rock, Williamson County, Texas 78681

   LOT 3 BLOCK, OAKCREEK SUBDIVISION SECTION ONE, A SUBDIVISION IN WILLIAMSON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT RECORDED IN CABINET H, SLIDES 218-220, PLAT RECORDS, WILLIAMSON COUNTY, TEXAS;

hereinafter referred to as the Subject Real Property,

2.  2023 Hyundai Ioniq 5 Limited 4D SUV, VIN: KM8KRDAF6PU230603; and

3.  2024 Kia EV9 GT-Line 4d SUV, VIN: KNDAEFS58R6034294,

hereinafter referred to as the Subject Personal Property.

As part of his guilty plea, the Defendant agreed to immediately and voluntarily forfeit all his right, title, and interest in the Subject Real Property and Subject Personal Property.

## II.

The United States of America moves the Court to find that the Defendant has an interest in the Subject Real Property and Subject Personal Property and that the United States of America has proven by a preponderance of the evidence the nexus between the Subject Real Property and Subject Personal Property and the violation of Title 18 U.S.C. § 1344 by virtue of the Defendant's Plea Agreement with the factual basis contained therein.

Accordingly, the United States of America moves this Honorable Court for entry of a Preliminary Order of Forfeiture, which forfeits all right, title, and interest of the Defendant in the Subject Real Property and Subject Personal Property.

## III.

The United States moves the Court, pursuant to Title 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), for an Order that provides that the Defendant, his attorneys, agents, spouse, and anyone acting on his behalf, and all persons or entities acting in concert or participation with any of the above, and all persons and entities having actual knowledge of the order:

a)  shall not directly or indirectly, transfer, sell, assign, pledge, distribute, hypothecate, encumber, attach or dispose of in any manner; cause to be transferred, sold assigned, pledged, distributed, hypothecated, encumbered, attached or disposed of in any manner, or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the Subject Real Property; and

b)  shall not use or permit the Subject Real Property to be used for any illegal activity; and

c)  that the owner of the Subject Real Property is required to maintain the present condition of the property, including timely payment of all mortgages, insurance, utilities, taxes, and assessments, until further order of this Court.

The United States further moves the Court, pursuant to Title 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), for an Order authorizing the United States through its lawfully designated agents and agencies, including the Federal Bureau of Investigation, and/or the United States Marshals Service, and/or their designated agent, to seize, take custody, control and possession of the Subject Personal Property whether held by the Defendant or a third party.

## IV.

The United States further moves the Court, pursuant to Fed. R. Crim. P. 32.2(b)(6)(A) and (C) and Title 21 U.S.C. § 853(n)(1), for an Order authorizing the United States to cause publication for at least 30 consecutive days on an official government internet web site (www.forfeiture.gov) of notice of the Preliminary Order of Forfeiture, and of its intent to dispose of the Subject Real Property and Subject Personal Property in such manner as the United States directs.

The United States of America further moves this Court for an Order authorizing that the contents of the published notice be in compliance with Fed. R. Crim. P. 32.2(b)(6)(B).

## V.

The United States further moves the Court, pursuant to Fed. R. Crim. P. 32.2(b)(6)(A), for an Order authorizing the United States to send direct notice of the Preliminary Order of Forfeiture to any person or entity who reasonably appears to the United States to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding.

The United States of America further moves this Honorable Court that Appendix A[1] be served on potential petitioners along with the Preliminary Order of Forfeiture.

---

[1] Appendix A, which is entitled "Direct Notice of Preliminary Order of Forfeiture," sets forth the appropriate procedures, deadlines, and applicable statutes necessary to file a third-party petition.

## VI.

Pursuant to Fed. R. Crim. P. 32.2(c)(1)(B), and in an effort to promote judicial economy, the United States further moves the Court for an Order authorizing the United States to commence discovery proceedings, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas pursuant to Fed. R. Civ. P. 45, at the time that any petitions are filed in order to resolve any third-party issues.

## VII.

Lastly, the United States moves the Court, pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), to order that at the time of the sentencing of the Defendant, the forfeiture of the Subject Real Property and Subject Personal Property be included in his Judgment in a Criminal Case.

WHEREFORE, PREMISES CONSIDERED, the United States of America moves this Honorable Court for entry of a Preliminary Order of Forfeiture.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By:    _____/s/_____

MARK TINDALL
Assistant United States Attorney
Texas Bar #24071364
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Email: mark.tindall@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 6, 2025, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

**Joshua Sabert Lowther**
Email: jlowther@lowtherwalker.com
**Katryna Lyn Spearman**
Email: kspearman@lowtherwalker.com
*Attorneys for Defendant Justin Go*

      /s/
MARK TINDALL
Assistant United States Attorney
