UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CRIMINAL NO. 1:25-CR-285-RP |
| | § |
| JUSTIN GO, | § |
| | § |
| Defendant. | § |

**DIRECT NOTICE OF PRELIMINARY ORDER OF FORFEITURE**

Notice is hereby given that in the case of *U.S. v. JUSTIN GO,* Criminal No. 1:25-CR-285-RP, the United States District Court for the Western District of Texas entered a Preliminary Order of Forfeiture condemning and forfeiting the following property to the United States of America:

1. 2441 Falcon Drive, Round Rock, Williamson County, Texas 78681

   LOT 3 BLOCK, OAKCREEK SUBDIVISION SECTION ONE, A SUBDIVISION IN WILLIAMSON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT RECORDED IN CABINET H, SLIDES 218-220, PLAT RECORDS, WILLIAMSON COUNTY, TEXAS;

hereinafter referred to as the Subject Real Property,

2. 2023 Hyundai Ioniq 5 Limited 4D SUV, VIN: KM8KRDAF6PU230603; and
3. 2024 Kia EV9 GT-Line 4d SUV, VIN: KNDAEFS58R6034294,

hereinafter referred to as the Subject Personal Property.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the Defendant, asserting a legal interest in property which have been ordered forfeited to the United States must file a petition within 30 days of the final publication of notice or her receipt of notice, whichever is earlier pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21 U.S.C. §§ 853(n)(1)-(3).  The petition must be filed with the Clerk of the Court, 501 West 5th Street, Austin, Texas 78701, and a copy served upon Assistant United States Attorney Mark Tindall, 903 San Jacinto Blvd., Suite 334, Austin, Texas 78701.

APPENDIX A

The petition must comply with the requirements of Title 21 U.S.C. § 853(n).

If you fail to file a petition to assert your interest in the property described above within the time prescribed above, your interest in this property will be lost and forfeited to the United States, which will then have clear title to the property and will dispose of the property in accordance with the law.