UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CRIMINAL NO. 1:25-CR-285-RP |
| | § |
| JUSTIN GO, | § |
| | § |
| Defendant. | § |

## PRELIMINARY ORDER OF FORFEITURE

Came on to be considered the United States of America's Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. §§ 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(2), 32.2(b)(2)(B), and 32.2(c)(1), and this Court being fully and wholly apprised in all its premises, finds that the United States has established by a preponderance of the evidence a nexus between the property described below and the violation of Title 18 U.S.C. § 1344 by virtue of Defendant JUSTIN GO's Plea Agreement (Doc. 3) with the factual basis contained therein, and that the Defendant has an interest in said property. As such, said Motion is meritorious, and hereby is in all things GRANTED.

IT IS THEREFORE ORDERED that all right, title, and interest of the Defendant in certain property, namely:

1. 2441 Falcon Drive, Round Rock, Williamson County, Texas 78681

    LOT 3 BLOCK, OAKCREEK SUBDIVISION SECTION ONE, A SUBDIVISION IN WILLIAMSON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT RECORDED IN CABINET H, SLIDES 218-220, PLAT RECORDS, WILLIAMSON COUNTY, TEXAS;

hereinafter referred to as the Subject Real Property,

    2. 2023 Hyundai Ioniq 5 Limited 4D SUV, VIN: KM8KRDAF6PU230603; and
    3. 2024 Kia EV9 GT-Line 4d SUV, VIN: KNDAEFS58R6034294,

hereinafter referred to as the Subject Personal Property be, and hereby are FORFEITED to the United States of America; and

    IT IS FURTHER ORDERED that upon entry of the Preliminary Order of Forfeiture, the Defendant, his attorneys, agents, spouse, and anyone acting on his behalf, and all persons or entities acting in concert or participation with any of the above, and all persons and entities having actual knowledge of the order:

    a) shall not directly or indirectly, transfer, sell, assign, pledge, distribute, hypothecate, encumber, attach or dispose of in any manner; cause to be transferred, sold assigned, pledged, distributed, hypothecated, encumbered, attached or disposed of in any manner, or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the Subject Real Property;

    b) shall not use or permit the Subject Real Property to be used for any illegal activity;

    c) that the owner of the Subject Real Property is required to maintain the present condition of the property, including timely payment of all mortgages, insurance, utilities, taxes, and assessments, until further order of this Court, and

    IT IS FURTHER ORDERED that upon entry of the Preliminary Order of Forfeiture, the United States through its lawfully designated agents and agencies, including the Federal Bureau of Investigation, and/or the United States Marshals Service, and/or their designated agents shall seize, take custody, control, and possession of the Subject Personal Property whether held by the Defendant or a third party; and

    IT IS FURTHER ORDERED that the United States shall cause publication for at least 30 consecutive days on an official government internet website (www.forfeiture.gov) of the notice of the Preliminary Order of Forfeiture and of its intent to dispose of the Subject Real Property and Subject Personal Property in such manner as the United States directs. The United States must send notice to any person or entity who reasonably appears to be a potential petitioner with

standing to contest the forfeiture in the ancillary proceeding; and

IT IS FURTHER ORDERED that the United States shall send Direct Notice of the Preliminary Order of Forfeiture, Appendix A, which is attached to the United States of America's Motion for Preliminary Order of Forfeiture, and incorporated herein, to those known to the United States to have an interest in the Subject Real Property and Subject Personal Property; and

IT IS FURTHER ORDERED that in the event a third-party petition is filed as to the Subject Real Property and Subject Personal Property the United States shall commence discovery proceedings, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas pursuant to Fed. R. Civ. P. 45, to resolve any third-party issues; and

IT IS FURTHER ORDERED that at the time of the sentencing of the Defendant, the forfeiture of the Subject Real Property and Subject Personal Property shall be included in his Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2025.

                                                      HONORABLE ROBERT PITMAN
                                                      UNITED STATES DISTRICT JUDGE