# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-CR-00285-RP-1 |
| | ) | |
| JUSTIN GO | ) | |

## SUPPLEMENTAL SENTENCING MEMORANDUM

Mr. JUSTIN GO, pursuant to Fed. R. Crim. P. 32(i)(1)(C), respectfully submits the following letter in support of this Court's leniency at sentencing.

Date:       November 12, 2025

                                                      Respectfully Submitted,

                                                     *s/ Katryna Lyn Spearman*
                                                     Katryna Lyn Spearman, Esq.
                                                     Ga. Bar # 616038
                                                     kspearman@lowtherwalker.com

                                                     *s/ Joshua Sabert Lowther*
                                                     Joshua Sabert Lowther, Esq.
                                                     Ga. Bar # 460398
                                                     jlowther@lowtherwalker.com

                                                     Lowther | Walker LLC
                                                     101 Marietta St. NW, Ste. 3650
                                                     Atlanta, Georgia 30305
                                                     O 404.496.4052 | F 866.819.7859
                                                     www.lowtherwalker.com

                                                     Attorneys for Defendant
                                                     Justin Go

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-CR-00285-RP-1 |
| | ) | |
| JUSTIN GO | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2025, I electronically filed the foregoing SUPPLEMENTAL SENTENCING MEMORANDUM with the Clerk of the United States District Court for the Western District of Texas by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:   November 12, 2025

Respectfully Submitted,

*s/ Katryna Lyn Spearman*
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, Georgia 30305
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com