Alicia Mabry
2441 Falcon Dr
Round Rock TX 78681
[alimabry@gmail.com](mailto:alimabry@gmail.com) | (210) 860-8632

November 11, 2025

To the Honorable Judge Robert Pitman:

My name is Alicia Mabry and I am writing this letter on behalf of my long-term partner, Justin Go. I have known him for ten years and we have built a life and family together. I understand the seriousness of the matter before the Court and my intention in writing is simply to share my perspective on his character and the role he plays in our family's lives.

When I met Justin, I was going through a very difficult and painful separation. He came into my life during one of my lowest points and helped me find stability again. His compassion, patience, and steady support truly changed the course of my life.
We have lived together since 2020, when he relocated from Portland, Oregon to Texas just before the pandemic began. Since then, we have shared responsibilities for our home and our children. Although we are not married, my three older daughters view him as their stepfather and main father figure. He treats them with kindness and respect, helps with schoolwork and has shown them what a healthy, supportive relationship looks like.

Justin is a hardworking, dedicated, and loving man. Even when he was working long hours, he always made time for our family. Since being out of work, he has taken over caring for our young son full-time while I manage my small business and my shifts at Lush.

Our son is nine months old and we are currently beginning the process of having him evaluated through ECI for potential developmental delays. Justin has been actively engaged in this process, communicating with his doctor and supporting our efforts to access services early.

I am currently working at Lush, averaging 25–40 hours per week. With no nearby family or local support network, I would have no childcare options if he were to be incarcerated. His continued presence in the home, even under conditions such as home confinement, would make it possible for me to maintain employment and ensure our son receives consistent care and developmental support.

He has also acknowledged his mistakes and accepted accountability for his actions. We have had open and honest conversations about this situation and I have seen genuine remorse and self-reflection from him. He is currently looking into counseling to address his depression and to continue making positive changes.

I understand Justin will face consequences for his actions, and I am not asking the Court to overlook that. If he were to be incarcerated, it would create a significant emotional and practical hardship for our family. Beyond the financial and childcare challenges it would bring, his absence would leave an irreplaceable void in our home. Our children, especially our youngest, rely on his daily presence and love.

I understand that no letter can change the facts of a case, but I hope it can offer insight into the person Justin is: the father, partner and provider who has helped our family grow stronger. I believe he has the capacity and willingness to continue improving himself and contributing positively to those around him.

Thank you for taking the time to read my letter and for considering my words as part of your decision.

Respectfully,
Alicia Mabry