United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>    v.<br><br>Justin Go,<br>    Defendant. | Case No. A-25-CR-00285-RP(1) |

**Motion to Permit Victim to Setoff Funds and to Credit Defendant's Restitution Debt**

On November 14, 2025, the Defendant was sentenced to 33 months imprisonment and ordered to pay $2,385,907.13 in restitution after pleading guilty to a single count of bank fraud in violation of 18 U.S.C. § 1344. The victim in this case is M1 Holdings, Inc. ("M1").

M1 is in possession of liquid funds in the amount of $1,180,495.60. This amount is comprised of funds in the Defendant's name at M1 and funds recovered from external institutions in connection with the investigation into the Defendant's conduct.

The United States could garnish M1 pursuant to 28 U.S.C. § 3205. But it would be inefficient to garnish those funds simply to return them to M1. The better mechanism here is for M1 to effectuate an offset, and for the Defendant to be granted a credit.

The applicable statute here permits an order of restitution to be enforced in a manner provided by 18 U.S.C. § 3613(a), or "by all other reasonable and available means." 18 U.S.C. § 3664(m)(1)(A)(i), (iii); *United States v. Joseph*, 102 F.4th 686 (5th Cir. 2024).

"The right of setoff (also called 'offset') allows entities that owe each other money to apply their mutual debts against each other, thereby avoiding 'the absurdity of making A pay B when B owes A.'" *Citizens Bank of Md. v. Strumpf*, 516 U.S. 16, 18 (1995); *see also Bandy v. First State Bank, Overton, Tex.*, 835 S.W. 2d 609, 619 (Tex. 1992). *Bandy* notes two requirements for a

valid setoff: a mutual debtor/credit relationship and a mature obligation. *Bandy* at 835 S.W. 2d at 619.

Here, both exist. M1 is holding funds that the Defendant would ordinarily be entitled to, and the Defendant owes M1 pursuant to the restitution judgment. And because that obligation is now reduced to judgment, it is clearly matured. Since the restitution debt exceeds the amounts held at M1, a partial credit should be issued in favor of the Defendant.

**WHEREFORE**, the United States request entry of an order permitting M1 to effectuate the setoff, and to credit Defendant's restitution debt in the amount of $1,180,495.60. A proposed order is attached.

    Respectfully submitted,

    JUSTIN R. SIMMONS
    UNITED STATES ATTORNEY

By: *Steven E. Seward*
    **STEVEN E. SEWARD**
    Assistant United States Attorney
    Florida Bar No. 29546
    601 N.W. Loop 410, Suite 600
    San Antonio, Texas 78216
    Telephone: (210) 384-7259
    Facsimile: (210) 384-7247
    E-mail: Steven.Seward@usdoj.gov

    ATTORNEY FOR UNITED STATES

**Certificate of Service**

    I certify that on December 5, 2025, I electronically filed this document with the Clerk of Court using the CM/ECF system.   The CM/ECF system will send notice to counsel for the Defendant.

                                                /s/ *Steven E. Seward*
                                                **STEVEN E. SEWARD**
                                                Assistant United States Attorney