United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Justin Go,<br>    Defendant. | Case No. A-25-CR-00285-RP(1) |

### Order

On this date came on to be considered the Government's Motion to Permit Victim to Setoff Funds and to Credit Defendants' Restitution Debt (Doc. No. ___ ). After careful consideration by the Court, said Motion is hereby granted.

**IT IS THEREFORE ORDERED** that M1 Holdings, Inc. is authorized to liquidate and apply the funds it is holding to the restitution debt owed by the Defendant.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a credit in the amount of **$1,180,495.60** as to the restitution judgment entered by the Court.

   **IT IS SO ORDERED.**


Dated: _____           _____
                                        ROBERT PITMAN
                                        UNITED STATES DISTRICT JUDGE