**FILED**
December 08, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Julie Golden_
DEPUTY

United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.

Justin Go,
    Defendant.

Case No. A-25-CR-00285-RP(1)

### Order

On this date came on to be considered the Government's Motion to Permit Victim to Setoff Funds and to Credit Defendants' Restitution Debt (Doc. No. 33). After careful consideration by the Court, said Motion is hereby granted.

**IT IS THEREFORE ORDERED** that M1 Holdings, Inc. is authorized to liquidate and apply the funds it is holding to the restitution debt owed by the Defendant.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a credit in the amount of **$1,180,495.60** as to the restitution judgment entered by the Court.

    **IT IS SO ORDERED.**

Dated: 12/08/2025

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE