IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:25-CR-00285-RP-1 |
| ) | |
| JUSTIN GO ) | |

**UNOPPOSED MOTION TO EXTEND VOLUNTARY-SURRENDER DATE**

Mr. JUSTIN GO, pursuant to 18 U.S.C. § 3143(a), respectfully moves this Court to extend his voluntary-surrender date from January 6, 2025, to January 21, 2025.

**I.   Relevant Procedural History**

On November 18, 2024, this Court sentenced Mr. Go, *inter alia*, to serve a term of imprisonment of thirty-four months, allowing him to remain on release pending the execution of that sentence. (J. in a Criminal Case, ECF No. 31.)

**II.   Factual Assertions**

This Court ordered that Mr. Go "shall surrender for service of sentence at the institution designated by the Federal Bureau of Prisons as notified by the United States Marshal." (J. in a Criminal Case 2, ECF No. 31.)

Mr. Go advised his attorneys of record this morning that his assigned pretrial services officer contacted him this morning and advised him that he was

1

to surrender for the service of his sentence on January 6, 2025. Mr. Go further advised his attorneys of record that he had received no notice from any person or agency regarding that surrender date. Mr. Go's attorneys of record confirmed his assertion through Assistant United States Attorney Keith Henneke, who confirmed that assertion with the United States Probation Office and the United States Marshals Service.

### III. Memorandum of Law

This Court has the authority to extend Mr. Go's voluntary-surrender date (*see* 18 U.S.C. § 3143(a)(1)), and further has found by clear and convincing evidence already, by its releasing Mr. Go pending the execution of his sentence, that he is neither "likely to flee or pose a danger to any other person or the community . . . " (*id.*). Therefore, Mr. Go submits that this extension if warranted.

### IV. Opposing Party's Position

The Government does not oppose this motion.

### V. Conclusion

Mr. Go, based on the foregoing factual assertions and argument, prays that this Court extend his voluntary-surrender date to January 21, 2026.

Date:        January 7, 2026

                                          Respectfully Submitted,

*__s/ Katryna Lyn Spearman__*
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

*__s/ Joshua Sabert Lowther__*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, Georgia 30305
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Attorney for Defendant
Justin Go

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:25-CR-00285-RP-1 |
| ) | |
| JUSTIN GO ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I electronically filed the foregoing UNOPPOSED MOTION TO EXTEND VOLUNTARY-SURRENDER DATE with the Clerk of the United States District Court for the Western District of Texas by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:   January 7, 2026

Respectfully Submitted,

*s/ Katryna Lyn Spearman*
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, Georgia 30305
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

4