IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | 1:25-CR-00285-RP-1 |
| ) | |
| JUSTIN GO  ) | |

**ORDER**

On this date Mr. Go's motion to continue his voluntary surrender date came to be considered. This Court has considered said motion, which is herein and hereby:

GRANTED; Mr. Go's voluntary surrender date is January 20, 2026.

It is so ordered.

Signed this 7th day of January, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE